e: SOM

**ORIGINAL**

Gregory Souza Cravalho — 870-1407
Toni Noelani Cravalho — 281-4245
1515 Kaupakalua Road
Haiku, Hawaii 96708
*Sui Juris*
Moses DeVera
Frances DeVera
c/o 1515 Kaupakalua Road
Haiku, Hawaii 96706
*Sui Juris*

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 7 2015

at 2 o'clock and 58 min P M
SUE BEITIA, CLERK

CACT
KESSNER, UMEBAYASHI, BAIN & MATSUNAGA
CORIANN C. TAKAMIYA
220 SOUTH KING STREET, SUITE 1900
HONOLULU, HAWAII 96813
ATTORNEY for:
CENTRAL PACIFIC BANK,
CENTRAL PACIFIC HOMELOANS SERVICES
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS

UNITED STATES ~~GRAND JURIES~~ FEDERAL COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Gregory Clyde Souza Cravalho,<br>Toni Noelani Cravalho, Moses DeVera and<br>Frances DeVera<br>    PETITIONERS<br><br>vs<br><br>CENTRAL PACIFIC BANK, CENTRAL PACIFIC<br>HOMELOANS, MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS,<br>    RESPONDERS | DOC NO. CIV15 00005 SOM BMK<br><br>PETITION FOR CANCELLATION AND<br>VOID CONTRACT ON GROUNDS OF<br>FRAUD AND DECEIT; WRIT OF<br>ERROR; WRIT TO RECOVER<br>OWNERSHIP TITLE OF PROPERTY;<br>CERTIFICATE OF SERVICE |

PETITION FOR CANCELLATION AND VOID CONTRACT ON GROUNDS OF FRAUD AND DECEIT

COMES NOW, PETITIONERS GREGORY CLYDE SOUZA CRAVALHO (herein Mr. Cravalho), TONI NOELANI CRAVALHO (herein Mrs. Cravalho) who resides and owned property located at 1515 Kaupakalua Road, Haiku, Maui holding a Royal Patent Grant 771 Hikiau; and MOSES DEVERA (herein Mr. DeVera), and FRANCES DEVERA (Herein Mrs. DeVera) who held life interest of said property, PETITION FOR CANCELLATION AND VOID MORTGAGE CONTRACT ON GROUNDS OF FRAUD AND DECIET against CENTRAL PACIFIC BANK (herein CPB), CENTRAL PACIFIC HOMELOANS (herein CPH), and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (herein MERS).

STATEMENT OF FACT

1. On March 24, 2008 CPB/CPH Ms. Sharon Robinson came to the residents of PETITIONERS located at 1515 Kaupakalua Road. Ms. Sharon Robinson requested the presence of Mr. and Mrs. DeVera who held a life interest to said property. Ms. Sharon Robinson, at the time of signing the mortgage contract, coerced Mr. and Mrs. DeVera to sign as a "Borrower" on a mortgage contract, stating it was the bank policy[1]. However, at no time did CPB/CPH pay any debts nor give any monies to Mr. and Mrs. DeVera[2]. In addition, continued to misrepresent CPB/CPH by not providing a complete and full disclosure to mortgage contract.

2. In Jan 2012, Mr. Cravalho contacted CPB to consolidate his 1st and 2nd mortgage with CPB. Mr. Cravalho at that time was financially qualified for the consolidation, earning an annual income in 2011 of $131,552 through Mr. Cravalho's business as a High Voltage Contractor[3].

3. From January 2012 to April 24th 2012 CPB Loan Officer Cindi Pojas-Smith who continually requested for the same information, the denial of both appraisals by CPB/CPH that Mr. Cravalho paid for (one hired by Mr. Cravalho the other selected by CPB/CPH) and the lowering of appraisal price by CPB/CPH Underwriter, and the failure to respond to and follow up with Mr. Cravalho messages on a decision as to denied or approved.

---

[1] See attached mortgage contract front and signature page of 1st and 2nd Mortgage (5 pages).
[2] See attached Affidavit of Moses DeVera
[3] See attached income statement of federal tax return attached (1 page)

Then on April 24, 2012 Mr. Cravalho having a history of high blood pressure, elevated after having a heated discussion on the phone approximately 3pm with Ms. Pojah-Smith about her professionalism and services, later that night still bothered about the incident with Ms. Pojah-Smith and CPB/CPH professionalism Mr. Cravalho suffered a massive heart attack that required an emergency heart surgery[4].

4. On or about end of May, Mr. Cravalho unable to work due to his health condition contacted CPB/CPH of his financial hardship. Mr. Jason Kuriyama of CPB/CPH was willing to work with Mr. Cravalho on his financial hardship. Mr. Jason Kuriyama had Mr. Cravalho's mortgage payment changed to zero balance until Mr. Cravalho would be able to return to work.

5. On or about three months later, CPB/CPH knowing Mr. Cravalho's financial hardship, failed to honor their agreement through Mr. Jason Kuriyama, and demanded payment for approximately $7,778.83 to bring loan current or they would proceed with foreclosure. Mr. Cravalho still unable to work, shocked by their demand, and now under duress with extortion and threats by CPB/CPH to make payment or foreclose. Mr. Cravalho sold his company boom truck to pay the $7,778.83[5] as demanded on September 26th 2012 to avoid foreclosure.

6. On or about the middle of May 2013, Mr. and Mrs. Cravalho realizing the violations of their rights by CPB/CPH, Mr. and Mrs. Cravalho issued a Quo-Warranto Claim[6] in syntax grammar relating to said property and violations of criminal activities pursuant to Title 18 RICO (Racketeering Influence Corrupt Organization) Act such as fraud, misrepresentation, coercion, extortion, etc., by CPB/CPH against Mr. and Mrs. Cravalho on July 23rd 2013.

Copies of the document was issued to STATE OF HAWAII Attorney General David Louie, and other UNITED STATES AND STATE OF HAWAII government officials[7] by registered mail, return receipt requested.

It is the duty of the Attorney General David Louie when notified of the criminal activities to investigate such activities. In this case Mr. David Louie ignored the Quo-Warranto Claim by Mr. and Mrs. Cravalho and therefore failed to investigate CPB/CPH relating to the contents in said documents.

---

[4] See attached Affidavit of Taraiah Cravalho
[5] See attached bank copy of $7,778.83 debited to pay CPB/CPH (1 page)
[6] See attached front page of Quo-Warranto Claim filed in the Federal Postal Court, case no. RA-728-305-222-~ UF (1 page)
[7] See attached list of who received the Quo-Warranto Claim. (1 page)

7. During the court proceeding the same Quo-Warranto Claim in syntax grammar relating to said property and case was issued in court[8] to which Judge Peter T. Cahill was aware of said document.
8. On October 22, 2014 Mr. and Mrs. Cravalho who were under too much stress did not attend the confirmation hearing[9], instead their daughter Ms. Nikki Cravalho went in their behalf. It is at this time Judge Cahill informed Ms. Nikki Cravalho of his inability to understand the syntax grammar and therefore disregarded the document. Judge Cahill in his attempt to understand syntax grammar was unsuccessful; and instead of ordering an interpreter as a normal routine, and chose not to, disregarding the criminal activities presented in the Quo-Warranto Claim.
9. Judge Cahill then proceeded with favor of CPB/CPH and granted Deficiency Judgment with a Writ of Possession was ordered by Judge Peter T. Cahill.
10. Mr. and Mrs. Cravalho under extreme duress to keep said property belonging to Mr. Cravalho's family from the time of the Hawaiian Kingdom, visited Mr. Benjamin Summit to find a way to stop CPB/CPH from ejecting them from said property. Mr. Summit spoke to CPB/CPH to allow time for Mr. and Mrs. Cravalho to purchase back said property.
11. Regardless of the fact of the misrepresentation, fraud and deceit by CPB/CPH against PETITIONERS, CPB/CPH sent a letter with threats to Mr. and Mrs. Cravalho extorting them for payment in full and fail to remedy this situation.

INJURIES

At no time did CPB/CPH approach PETITIONERS of their error to make the appropriate changes to said mortgage. Instead CPB/CPH covered up the fraud and continued to collect monies from Mr. and Mrs. Cravalho through deceit, misrepresentation, coercion, extortion, and other unlawful activities. As a result Plaintiffs undergone extreme stress whereby Mr. Cravalho suffered a massive heart attack, lost his business, now disable to work, and the taking of their property; Mr. and Mrs. DeVera stressed and under duress from threats to eject them from said property and the possibility of arrest, caused Mr. and Mrs. DeVera to leave the property, incurring cost to find a place and move.

---

[8] See attached front page of Quo-Warranto Claim. (same as ref #6). Complete copy is recorded in the Circuit Court of the Second Circuit filed in document file Civil No. 13-1-1018 (2).
[9] Transcript available in court files Civil No. 1-13-1018 (2).

# REMEDY

PETITIONERS PRAY, that this court will void the Contract; reverse the Judgment and Writ of Possession by Judge Peter T. Cahill; order a Writ of entry to recover possession of said property to Petitioners, Mr. and Mrs. Cravalho; and that Respondents pay for punitive damages for the amount of $100,000,000.00.

DATED: HAIKU, HAWAII, this 7th day of January, 2015

_____
Gregory Clyde Souza Cravalho, *Sui Juris*

_____
Toni Noelani Cravalho, *Sui Juris*

_____
Moses DeVera, *Sui Juris*

_____
Frances DeVera, *Sui Juris*